Certificate Number: 17082-PAE-DE-040206320

Bankruptcy Case Number: 25-14124



17082-PAE-DE-040206320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2025, at 12:22 o'clock PM MST, CAROLE ZARAYKO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 16, 2025         By:    /s/Orsolya K Lazar

                                 Name:  Orsolya K Lazar

                                 Title: Executive Director