United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14124-pmm |
| Carole J Zarayko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole J Zarayko, 1618 Newport Rd., Northampton, PA 18067-1448 |
| 15059759 | | Lendmark Financial Ser, 1320 Central Park Blvd, Fredericksburg, VA 22401-4942 |
| 15062043 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15059763 | | Splash/fourleaf Fcu, PO Box 74644, Cleveland, OH 44194-0727 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15074988 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 00:20:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15059753 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 00:20:05 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15059754 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2026 00:20:04 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 15059755 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2026 00:20:34 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15059756 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 15059757 | | Email/Text: mrdiscen@discover.com | Feb 13 2026 00:10:00 | Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15081941 | | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2026 00:10:00 | FIGRE Trust 2025-HE3, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15059758 | ^ | MEBN | Feb 13 2026 00:05:01 | Figure Lending, Attn: Bankruptcy, PO Box 40534, Reno, NV 89504-4534 |
| 15065880 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 13 2026 00:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15061868 | | Email/Text: bk@lendmarkfinancial.com | Feb 13 2026 00:10:00 | LENDMARK FINANCIAL SVC LLC, 2118 USHER STREET, COVINGTON GA 30014 |
| 15083969 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15059762 | | Email/Text: EBN@Mohela.com | Feb 13 2026 00:10:00 | Sofi Lending Corp/Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15071612 | + | Email/Text: bkmailings@nbsdefaultservices.com | Feb 13 2026 00:10:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Paul W. Cervenka, 14841 Dallas Parkway, Suite 350, Dallas, Texas 75254-7685 |
| 15071611 | | Email/Text: mtgbk@shellpointmtg.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| | | Feb 13 2026 00:10:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 15059760 | Email/Text: OpsCompliance@RocketLoans.com | | |
| | | Feb 13 2026 00:10:00 | Rocket Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15059761 | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Feb 13 2026 00:10:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15070323 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Feb 13 2026 00:10:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15072296 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 13 2026 00:20:06 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15059764 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Feb 13 2026 00:10:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 15083894 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Feb 13 2026 00:10:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15102922 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                    Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | |
| | on behalf of Debtor Carole J Zarayko feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                     )
    Carole J Zarayko       )        Case No. 25–14124–pmm
                    )
                    )
    Debtor(s).          )        Chapter: 13
                    )
                    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 12, 2026                   For The Court

                                      Patricia M. Mayer
                                      Judge, United States Bankruptcy Court