Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Carole J Zarayko
1618 Newport Rd.
Northampton, PA 18067

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14124-PMM**

Petition Filed Date: 10/10/2025
341 Hearing Date: 11/18/2025
Confirmation Date: 02/12/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/10/2025 | $375.00 | | 12/10/2025 | $375.00 | | 01/12/2026 | $375.00 | |
| 02/10/2026 | $375.00 | | 03/10/2026 | $375.00 | | 04/10/2026 | $375.00 | |
| 05/11/2026 | $375.00 | | 06/10/2026 | $375.00 | | 07/10/2026 | $375.00 | |

**Total Receipts for the Period: $3,375.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,688.00 | $3,461.20 | $226.80 |
| 1 | LENDMARK FINANCIAL SERVICES LLC<br>»» 001 | Unsecured Creditors | $2,699.77 | $0.00 | $2,699.77 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $880.98 | $0.00 | $880.98 |
| 3 | ROCKET MORTGAGE LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $17,284.75 | $0.00 | $17,284.75 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $11,193.87 | $0.00 | $11,193.87 |
| 6 | CORNERSTONE SERVICING<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $896.58 | $0.00 | $896.58 |

**Chapter 13 Case No. 25-14124-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,750.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $3,461.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $288.80 | Total Plan Base: | $13,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.